Alexander H. GLENN, also Known as Tiny Glenn, et al., Appellants, v. UNITED STATES of America, Appellee.

No. 12421.

United States Court of Appeals Fifth Circuit.

April 15, 1949.

J. M. Johnson and A. L. Henson, both of Atlanta, Ga., J. L. Davis, of Cartersville, Ga., Graham Wright, of Rome, Ga., and Moses E. Brinson, of Summerville, Ga., for appellants.

J. Ellis Mundy, U. S. Atty., of Atlanta, Ga., for appellee.

Before HOLMES, McCORD, and WALLER, Circuit Judges.

PER CURIAM.

It is ordered that the judgment appealed from be, and the same hereby is, affirmed.

Joseph PATERNO, Herbert Crossley, and Pasquale Masi, Appellants, v. UNITED STATES of America, Appellee.

No. 12427.

United States Court of Appeals Fifth Circuit.

April 14, 1949.

Anthony A. Calandra, of Newark, N. J., and Raymond W. Martin, of LaGrange, Ga., for appellants.

H. S. Phillips, U. S. Atty., of Tampa, Fla., and Damon G. Yerkes, Asst. U. S. Atty., of Jacksonville, Fla., for appellee.

Before HOLMES, McCORD, and WALLER, Circuit Judges.

PER CURIAM.

It is ordered that the judgment appealed from be, and the same hereby is, affirmed.

COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. MUNDET CORK CORPORATION, Respondent.

No. 190, Docket 21215.

United States Court of Appeals Second Circuit.

April 4, 1949.

Theron Lamar Caudle, Asst. Atty. Gen., and Ellis N. Slack and Edward J. P. Zimmerman, Sp. Asst. to Atty. Gen., for the Commissioner of Internal Revenue Petitioner.

Winthrop, Stimson, Putman & Roberts, of New York City (Eduardo Andrade and Edward S. Hand, both of New York City, of counsel) for respondent Mundet Cork Corporation.

Before AUGUSTUS N. HAND, CHASE, and CLARK, Circuit Judges.

PER CURIAM.

Affirmed on decision of the Third Circuit in Anthony P. Miller, Inc., v. Commissioner, 164 F.2d 268, certiorari denied 333 U.S. 861, 68 S.Ct. 741, and of the Sixth Circuit in Celina Manufacturing Co. v. Commissioner, 142 F.2d 449, and Musselman Hub-Brake Company v. Commissioner, 139 F.2d 65.